## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. TDC-23-459** |
| | * | |
| **ROMAN BEREZHNOY, and** | * | |
| **EGOR NIKOLAEVICH GLEBOV,** | * | |
| | * | |
| **Defendants** | * | |
| | * | |

**\*\*\*\*\*\*\***

## MOTION TO UNSEAL

The United States of America hereby moves this Honorable Court for an Order unsealing the above-captioned case for all purposes. On or about October 31, 2024, a grand jury in the District of Maryland returned a superseding indictment charging the above-referenced defendants with various violation of federal criminal law. Last week, the Defendants were arrested and taken into custody on that superseding indictment. Therefore, the justification for keeping this matter under seal is no longer applicable.

Accordingly, the government requests that the Court order that the above-captioned matter be unsealed.

Respectfully submitted,

Erek L. Barron
United States Attorney


  /s Thomas M. Sullivan
By:    Thomas M. Sullivan
       Assistant United States Attorney

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | **CRIMINAL NO. TDC-23-459** |
| | * | |
| ROMAN BEREZHNOY, and | * | |
| EGOR NIKOLAEVICH GLEBOV, | * | |
| | * | |
| Defendants | * | |
| | * | |

**\*\*\*\*\*\***

## ORDER

Upon review of the Motion of the United States of America, the Court hereby adopts the Government's proffer of the reasons for sealing as presented therein, and it is this 10th day of February 2025, **ORDERED** that the above-captioned matter shall be **UNSEALED** for all purposes.

It is further **ORDERED** that the Clerk of the Court provide one certified copy of this Order to the United States Attorney's Office.

_____

HONORABLE AJMEL A. QUERESHI
UNITED STATES MAGISTRATE JUDGE

2